CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
S.D.C. Atlanta

OCT 21 2013

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

Saleeban Isse adan, GDC# 1039372
(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.)

WSD

-vs-

Official Lamins Government
conflugee G.D.C.P.

1:13-CV-3478

(Enter above the full name of the defendant(s).)

I.  **Previous Lawsuits**

    A.  Have you filed other lawsuits in federal court while incarcerated in any institution?

        Yes ( )     No (✓)

    B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s): _____

            Defendant(s): _____

        2.  Court (name the district): _____

        3.  Docket Number: _____

Rev 12/907

I. **Previous Lawsuits (Cont'd)**

    4. Name of judge to whom case was assigned: _____

    5. Did the previous case involve the same facts?

        Yes ( )    No (✓)

    6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): _____

    7. Approximate date of filing lawsuit: _____

    8. Approximate date of disposition: _____

II. **Exhaustion of Administrative Remedies**

Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

    A. Place of Present Confinement: _____

    B. Is there a prisoner grievance procedure in this institution?

        Yes (✓)    No ( )

    C. Did you present the facts relating to your complaint under the institution's grievance procedure?

        Yes (✓)    No ( )

    D. If your answer is YES:

        1. What steps did you take and what were the results?

            They tuck my radio and my oiler and my shues

        2. If your answer is NO, explain why not: _____

Rev. 12/5/07

### III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: Saleebean Issa adam

Address(es): 2978 Hwy 36 W. Jackson Georgia 30233

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): G.D.C.P employee Government

Employed as: /

at Special management unit 2978 Hwy 36 w. Jackson GA 30233

### IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

They take from me my radio, my cases, and my shoes.

Rev. 12/307

IV.   Statement of Claim (Cont'd)

V.   Relief
State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

I want Sue All American For they tacing my radio And my Cases And stress.

Rev 12/5/07


V.     Relief (Cont'd)

_____

Singed this __10__ day of __Octubr__, 20_13_.

_Saleeban adan_
Signature of Plaintiff

STATE OF __Atlanta__
COUNTY (CITY) OF __Georgia.__

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON** _____
                    (Date)

_Saleeban Isse Adan._
Signature of Plaintiff

Rev. 12/5/07